**Bertha OWENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77933.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 2, 2001.

**Julius MASSEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 78587.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 2, 2001.

Susan Kister, Asst. Public Defender, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andre Mazza Follet, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

Before GEORGE W. DRAPER III, P.J., MARY R. RUSSELL, J., and MARY K. HOFF, J.

**ORDER**

PER CURIAM.

Appellant, Bertha Owens, appeals the judgment denying her Rule 29 .15 [1] motion for post-conviction relief without an evidentiary hearing. She contends her trial attorney provided ineffective assistance. Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our deci-

1. All Rule references are to the Missouri Court Rules (2001).